VIRGINIA A. KURAJEAN, Respondent, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Action to recover for personal injuries sustained by plaintiff in a fall down the stairs in a subway station.

Defendant appeals from a judgment in favor of plaintiff, entered on the verdict of a jury. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event. In our opinion the verdict is against the weight of the evidence. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Carswell, J., dissents and votes to affirm.